IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles L. Mangene and Regina D. Mangene<br>   Debtors, | BANKRUPTCY CASE NUMBER<br>20-14553-elf |
| American Heritage Federal Credit Union<br>   Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Charles L. Mangene and Regina D. Mangene<br>   Debtors/Respondents,<br><br>William C. Miller, Trustee<br>   Additional Respondent. | |

**O R D E R**

  AND NOW, this _____ day of _____, 2021, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

  ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 9 Viburnum Lane, Levittown, PA 19054; and it is

  FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

          BY THE COURT:

          _____
          HONORABLE ERIC L. FRANK
          UNITED STATES BANKRUPTCY JUDGE