IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-14553(ELF) |
| CHARLES L. MANGENE and | : | CHAPTER 13 |
| REGINA D. MANGENE | : | |
| Debtors | : | HEARING SCHEDULED FOR |
| | : | JUNE 22, 2021 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## ORDER GRANTING ALLY BANK
## RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF
## 14 DAY STAY OF EFFECTIVENESS OF ORDER AND FOR ABANDONMENT

After notice and hearing it is hereby **ORDERED**:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2018 Dodge Grand Caravan, VIN: 2C4RDGCG5JR327238 (the "Vehicle"); is hereby modified to permit Ally Bank to exercise its *in rem* rights and remedies under applicable non-bankruptcy law with respect to the vehicle; and

IT IS FURTHER **ORDERED** that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order;

IT IS FURTHER **ORDERED** that having found the Vehicle burdensome to the estate and of inconsequential value and benefit to the estate, the Vehicle is deemed abandoned.

**Order entered by default.**

Date: 7/2/21

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE